JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA,
### WESTERN DIVISION

| | |
|---|---|
| BRADFORD PEDDIE, | Case No.: 2:09-cv-08737-SVW-CW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER OF JUDGMENT |
| ALLIED INTERSTATE, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 68, Plaintiff, BRADFORD PEDDIE, accepted Defendant's, ALLIED INTERSTATE, INC.'S, Offer of Judgment of $400.00 for alleged damages to Plaintiff, $2,000.00 in attorneys' fees, and $350.00 in costs. Accordingly, judgment is hereby entered for Plaintiff and against Defendant in the sum of $2,750.00 of which $400.00 represents damages for Plaintiff plus $2,000.00 in attorneys' fees and $350.00 in costs incurred.

**IT IS O ORDERED.**

Date: 1/25/10

By: _____
STEPHEN V. WILSON
Hon. United States District Court Judge